UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER TO ADVANCE SECURITY IN AMERICA<br>1802 Vernon Street NW<br>PMB 2095<br>Washington, D.C. 20009,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>200 Independence Ave., SW<br>Washington, D.C. 20201,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 1:25-cv-4554 |

## **COMPLAINT**

  1. Plaintiff Center to Advance Security in America ("CASA") brings this action against the U.S. Department of Health and Human Services ("DHHS") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## **JURISDICTION AND VENUE**

  2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331.

  3. Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## **PARTIES**

  4. Plaintiff CASA is an unincorporated association dedicated to improving the safety and security of the American people. CASA educates and informs the American people about the

actions of their government and its officials that impact their safety; peace and security; democracy, civil rights, and civil liberties; and privacy.

5.  Defendant DHHS is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1). DHHS has possession, custody, and control of records responsive to Plaintiff's FOIA request.

## STATEMENT OF FACTS

6.  On August 31, 2025, CASA submitted a FOIA request to DHHS's Administration for Children and Families ("ACF") seeking records from January 20, 2021, to January 20, 2025, of:

   a. Communications to, from, or received by Toby Biswas containing the following phrases and/or words: "UAC", "unaccompanied children", "migrant", "minor", "alien", "youth", "trafficking", "trafficked", "hotline", "unanswered calls", "notice of concern", "call log", "call protocol", "safety", "complaint", "welfare check", "follow up", "abuse", "sponsor", "vetting", "UC program", "Ali Hopper", "Endeavors", "Southwest Key", "Kids in Need of Defense", "Global Refuge", "Church World Service", "Global Refuge", and "U.S. Committee for Refugees and Immigrants".

   b. Records possessed or created by Toby Biswas including records of meeting requests, virtual meeting invitations, call logs and any chats in the relevant virtual platforms (e.g., Microsoft Teams, Zoom, Webex, etc.), related to the management and operational failure of the Unaccompanied Children program safety hotline.

   c. Calendar entries from Toby Biswas related to the management and operational failure of the Unaccompanied Children program safety hotline.

    d. Communications regarding the management and operational failure of the Unaccompanied Children program safety hotline by and between Toby Biswas and any of the following email domains:

        i. Politico (@politico.com)

        ii. Military Times (@militarytimes)

        iii. New York Times (@nytimes.com)

        iv. Washington Post (@washingtonpost.com)

        v. NBC News (@nbcnews.com)

        vi. ABC News (@abcnews.com)

        vii. LA Times (@latimes.com)

        viii. CBS News (@cbsnews.com)

        ix. Fox News (@foxnews.com)

        x. Wall Street Journal (@wsj.com)

        xi. USA Today (@usatoday.com)

        xii. Fortune (@fortune.com)

        xiii. Forbes (@forbes.com)

        xiv. Vanity Fair (@vanityfair.com)

        xv. CNN (@cnn.com)

        xvi. Associated Press (@ap.com)

        xvii. George Washington University's Project for Media and National Security

        xviii. PBS (@pbs.org)

    e. Communications exchanged between Toby Biswas and anyone identified as an employee, agent, consultant, or representative of one of the following organizations:

        i. Kids in Need of Defense (@supportkind.org)

        ii. Southwest Key (@southwestkey.org)

        iii. Endeavors (@endeavors.org)

        iv. Global Refuge (@globalrefuge.org)

        v. U.S. Committee for Refugees and Immigrants (@refugees.org)

        vi. Church World Service (@cwsglobal.org) (herein referred to as the "Request" and attached as Exhibit A).

7. On August 31, 2025, the government's central website for FOIA confirmed the Request was created and sent to DHHS's ACF and assigned it Submission ID 2358321 (Exhibit B).

8. The Request seeks documents in the public interest because it will provide increased transparency to understand DHHS's ACF's decisions and communications related to the systemic failure that left 65,000 calls for help from vulnerable children unanswered.

9. As of the date of filing, CASA has not received any further communication regarding the records from the Request.

10. As the record above indicates, over 121 days have elapsed since the federal government received CASA's request, yet DHHS still has not made a determination with respect to it. *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013). DHHS has not produced responsive documents to CASA, has not communicated to CASA the scope of the documents it intends to produce or withhold—along with the reasons for any such

withholding—and has not informed CASA of its ability to appeal any adverse portion of its determination.

11. Given these facts, DHHS has not met its statutory obligations to provide the requested records for the request.

12. Through DHHS's failure to make a determination within the time period required by law, CASA has constructively exhausted its administrative remedies and seeks immediate judicial review.

## COUNT I

### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

13. CASA repeats and incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

14. CASA's request was a properly submitted request for records within the possession, custody, and control of DHHS.

15. DHHS is an agency subject to FOIA, and therefore has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

16. DHHS is wrongfully withholding non-exempt agency records requested by CASA by failing to produce non-exempt records responsive to its request.

17. DHHS's failure to provide all non-exempt responsive records violates FOIA.

18. Plaintiff CASA is therefore entitled to declaratory and injunctive relief requiring Defendant to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

**REQUESTED RELIEF**

Center to Advance Security in America respectfully requests this Court:

A) Assume jurisdiction in this matter and maintain jurisdiction until Defendant complies with the requirements of FOIA and any and all orders of this Court.

B) Order Defendant to produce, within ten days of the Court's order, or by other such date as the Court deems appropriate, any and all non-exempt records responsive to CASA's request and an index justifying the withholding of all or part of any responsive records withheld under claim of exemption.

C) Award CASA the costs of this proceeding, including reasonable attorney's fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

D) Grant CASA other such relief as the Court deems just and proper.

Dated: December 31, 2025                    Respectfully submitted,

                                            CENTER TO ADVANCE SECURITY
                                            IN AMERICA

                                            By Counsel:

                                            */s/ Karin Sweigart*

                                            Karin Moore Sweigart
                                            D.D.C. Bar ID: CA00145
                                            DHILLON LAW GROUP, INC.
                                            177 Post Street, Suite 700
                                            San Francisco, CA 94108
                                            Telephone: 415-433-1700
                                            KSweigart@Dhillonlaw.com

                                            *Counsel for the Plaintiff*