

An official website of the United States government
Here's how you know



 FOIA.gov

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 2358321

# Success!

## Your FOIA request has been created and is being sent to the Administration for Children and Families.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

### Contact the agency

Arianne Perkins, FOIA Officer

202-690-7453

FOIA Requester Service Center

202-690-7453

Paula Formoso, FOIA Public Liaison

202-690-7453

Hubert H. Humphrey Building, Room 729H
200 Independence Avenue, SW
Washington, DC 20201

FOIARequest@hhs.gov

## Request summary

Request submitted on **August 31, 2025**.

The confirmation ID for your request is **2358321**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
James Fitzpatrick

**Mailing address**
1802 Vernon Street NW
PMB 2095
Washington, District of Columbia 20009
United States

**Phone number**
202-946-6169

**Company/organization**
Center to Advance Security in America

**Email**
james@advancing-america.org

## Your request

August 31, 2025 U.S. Department of Health and Human Services Administration for Children and Families Office of Refugee Resettlement Unaccompanied Alien Children Bureau RE: FREEDOM OF INFORMATION ACT REQUEST BACKGROUND: Dear FOIA Officer: This letter constitutes a request under the federal Freedom of Information Act (FOIA), 5 U.S.C. § 552. Recent congressional testimony has raised serious concerns regarding the management of the Unaccompanied Children (UAC) program. Witnesses alleged that a designated safety hotline for vulnerable children received 65,000 unanswered calls and that a high percentage of sponsor vetting documents were fraudulent. Increased transparency into ORR's communications with those NGOs is essential for the public to understand the extent of these systemic failures and to hold the responsible parties accountable. The information obtained is necessary to show the procedures used to vet child sponsors, timely respond to safety-hotline warnings, and efforts taken to protect UAC. RECORDS REQUEST: CASA requests records created from January 20, 2021, to January 20, 2025: 1. Communications to, from, or received by Toby Biswas containing the following phrases and/or words: "UAC", "unaccompanied children", "migrant", "minor", "alien", "youth", "trafficking", "trafficked", "hotline", "unanswered calls", "notice of concern", "call log", "call protocol", "safety", "complaint", "welfare check", "follow up", "abuse", "sponsor", "vetting", "UC program", "Ali Hopper", "Endeavors", "Southwest Key", "Kids in Need of Defense", "Global Refuge", "Church World Service", "Global Refuge", and "U.S. Committee for Refugees and Immigrants". 2. Records possessed or created by Toby Biswas including records of meeting requests, virtual meeting invitations, call logs and any chats in the relevant virtual platforms (e.g., Microsoft Teams, Zoom, Webex, etc.), related to the management and operational failure of the Unaccompanied Children program safety hotline. 3. Calendar entries from Toby Biswas related to the management and operational failure of the Unaccompanied Children program safety hotline. 4. Communications regarding the management and operational failure of the Unaccompanied Children program safety hotline by and between Toby Biswas and any of the following email domains: • Politico (@politico.com) • Military Times (@militarytimes) • New York Times (@nytimes.com) • Washington Post (@washingtonpost.com) • NBC News (@nbcnews.com) • ABC News (@abcnews.com) • LA Times (@latimes.com) • CBS News (@cbsnews.com) • Fox News (@foxnews.com) • Wall Street Journal (@wsj.com) • USA Today (@usatoday.com) • Fortune (@fortune.com) • Forbes (@forbes.com) • Vanity Fair (@vanityfair.com) • CNN (@cnn.com) • Associated Press (@ap.com) • George Washington University's Project for Media and National Security • PBS (@pbs.org) 5. Communications exchanged between Toby Biswas and anyone identified as an employee, agent, consultant, or representative of one of the following organizations: • Kids in Need of Defense (@supportkind.org) • Southwest Key (@southwestkey.org) • Endeavors (@endeavors.org) • Global Refuge (@globalrefuge.org)

• U.S. Committee for Refugees and Immigrants (@refugees.org) • Church World Service (@cwsglobal.org) "Records" means any item, collection, or grouping of information. For purposes of this request, this includes any personal email messages, telephone voice mails or text messages, and internet 'chat' or social media messages, as well as any attachments to such documents or information. We prefer to receive the report and all records in electronic format. To the extent practicable, we seek electronic copies of the records in native file format, or, if that is not practicable, with full metadata for all fields. 5 U.S.C. § 552(a)(3)(B) (agency shall provide records in any form or format if the record is readily reproducible in that form or format). The Center to Advance Security in America (CASA) is a nonpartisan organization dedicated to improving the safety and security of the American people. CASA educates and informs the American people about the actions of their government and its officials that impact their safety; peace and security; democracy, civil rights, and civil liberties; and privacy. CASA is focused on public education, and all materials and information requested will be disseminated to the public for this purpose. Thus, the disclosure of the requested records would not be to our primary benefit but would be to the primary benefit of the general public. Further, these records focus on an issue of widespread public interest: records and communications related to the systemic failure that left 65,000 calls for help from vulnerable children unanswered. For these reasons, we request a fee waiver pursuant to the FOIA Act, which provides for fee waivers when: (1) "disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government"; and (2) disclosure "is not primarily in the commercial interest of the requester." 5 U.S.C. § 552(a)(4)(A)(iii); see also see 40 C.F.R. § 2.107(l)(1). Moreover, CASA is a representative of the news media for purposes of FOIA. See 5 U.S.C. § 552(a)(4)(A)(ii); see also Cause of Action v. Federal Trade Commission, 799 F.3d 1108, 1120 (D.C. Cir. 2015). To wit, CASA is an entity that gathers information, including through FOIA requests such as this one, that is of interest to at least a segment of the population. For example, CASA has launched investigations into the Department of Homeland Security's reference to "false or misleading narratives," which is of interest to Americans concerned about civil liberties, and the meaning of a "diplomatic boycott" of the 2022 Olympic Games, which is of interest to people concerned about human rights and America's relationship with China. See CASA Press Releases, https://advancing-america.org/category/press-releases/. CASA also takes the information it gathers and uses its editorial skills to turn it into distinct works, which are then distributed to an audience. For example, CASA has already produced several op-eds, see CASA Op-eds, https://advancing-america.org/category/op-eds/, and has provided editorial commentary that has been cited in multiple media reports. See CASA Media, https://advancing-america.org/category/media/. Going

forward, CASA intends to continue to gather information, use its editorial skill to turn that information into distinct works, including, but not limited to, press releases, editorial comments to other publications, op-eds and other written works, and social media engagement. See Cause of Action, 799 F.3d at 1122 ("A substantive press release or editorial comment can be a distinct work based on the underlying material, just as a newspaper article about the same documents would be — and its composition can involve 'a significant degree of editorial discretion.'") (quoting Nat. Sec. Archive v. U.S. Dept. of Defense, 880 F.2d 1381, 1387 (D.C. Cir. 1989)). At minimum, CASA will post distinct works on its website and email them to email list subscribers. CASA will also work with an ever-growing list of journalists to reach its audience. For these reasons, at minimum CASA qualifies for a waiver from search and production costs as a representative of the news media. If this request is denied in whole or part, please justify all such denials by reference to specific exemptions, and provide an explanation of why the Unaccompanied Alien Children Bureau "reasonably foresees that disclosure would harm an interest" protected by that exemption or why "disclosure is prohibited by law[.]" 5 U.S.C. § 552(a)(8). Please also ensure that all segregable portions of otherwise exempt material are released. If you have any questions regarding this request, please feel free to contact me at james@advancing-america.org. CASA looks forward to your determination within 20 working days of this request, as is required by FOIA. 5 U.S.C. § 552(a)(6)(A)(i). Thank you in advance for your assistance in this matter. Sincerely, James Fitzpatrick Director Center to Advance Security in America 1802 Vernon Street NW PMB2095 Washington, DC 20009 United States

## Additional information

CASA FOIA HHS-ORR-UACB UC Hotline NGO Comms 2025-08-31.pdf

## Fees

**What type of requester are you?**
media

**Fee waiver**
yes

**Fee waiver justification**

CASA is focused on public education, and all materials and information requested will be disseminated to the public for this purpose. Thus, the disclosure of the requested records would not be to our primary benefit but would be to the primary benefit of the general public. Further, these records focus on an issue of widespread public interest: records and communications related to the systemic failure that left 65,000 calls for help from vulnerable children unanswered. For these reasons, we request a fee waiver pursuant to the FOIA Act, which provides for fee waivers when: (1) "disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government"; and (2) disclosure "is not primarily in the commercial interest of the requester." 5 U.S.C. § 552(a)(4)(A)(iii); see also see 40 C.F.R. § 2.107(l)(1).

**The amount of money you're willing to pay in fees, if any**
0

## Request expedited processing

**Expedited processing**
no



## CONTACT

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ↗ CC3.0

| FREQUENTLY ASKED QUESTIONS

| DEVELOPER RESOURCES

| AGENCY API SPEC

| FOIA CONTACT DOWNLOAD

| FOIA DATASET DOWNLOAD

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV